DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KATHLEEN A. WALDORF,**
Appellant,

v.

**PAMELA J. WALDORF-JANSON,** individually, as Personal
Representative of the Estate of Helyn Q. Waldorf, and as Trustee of the
Helyn Q. Waldorf Revocable Trust Agreement as amended and restated
on April 17, 2015, **CHRISTOPHER V. WALDORF, JR., WILLIAM G.
WALDORF,** and **STEPHEN M. WALDORF,**
Appellees.

No. 4D21-95

[March 10, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Charles E. Burton, Judge; L.T. Case 50-2018-CP-003711-
XXXX-SB.

Jane Kreusler-Walsh, Rebecca Mercier Vargas, and Stephanie L.
Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., and Theodore S.
Kypreos of Jones Foster P.A., West Palm Beach, for appellant.

John B.T. Murray, Jr., and John W. Terwilleger of Gunster, Yoakley &
Stewart, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***